IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BOATRIGHT, | ) | |
| Petitioner, | ) | Civil Action No. 17-773 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT GILMORE, | ) | |
| superintendent, et al., | ) | |
| Respondents. | ) | |

## ORDER

**AND NOW**, this 20th day of August, 2018, it is hereby **ORDERED** that the petition for a writ of habeas corpus filed pursuant to 42 U.S.C. § 2254 (the "petition") by petitioner Anthony Boatright ("petitioner") is **DENIED** and a certificate of appealability is **DENIED** on all claims;

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 24) is adopted as the opinion of the court as supplemented by the opinion accompanying this order; and

**IT IS FURTHER ORDERED** that because the petition will be **DENIED** the motions for discovery (ECF Nos. 16, 28) and motions to appoint counsel (ECF Nos. 17, 28) are **DENIED as MOOT**.

An appropriate Judgment will be entered.

The Clerk of Court is directed to close this case.

BY THE COURT,

*/s/ Joy Flowers Conti*
Joy Flowers Conti
Chief United States District Court Judge